UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                     :

SHAEL CRUZ,                                                  :

                                  Plaintiff,                            :

                                                                     :      20-CV-9938 (JMF)
                 -v-                                                     :

                                                                     :          ORDER

EMBRACE PET INSURANCE AGENCY, LLC,     :

                                  Defendant.                        :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated November 30, 2020, the parties were required to file a joint letter, the contents of which are described in the Order, no later than two weeks after Defendant appeared.  *See* ECF No. 5.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 12, 2021**.

       SO ORDERED.

Dated: January 5, 2021
       New York, New York                                 JESSE M. FURMAN
                                                             United States District Judge