UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SHAEL CRUZ, *on behalf of himself and all others similarly situated*,  :
:
                      Plaintiff,  :      20-CV-9938 (JMF)
:
    -v-  :      <u>ORDER</u>
:
EMBRACE PET INSURANCE AGENCY, LLC,  :
:
                      Defendant.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of November 30, 2020, ECF No. 5, the parties filed a joint status letter on January 12, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 10. The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial. In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's November 30 Order.

      SO ORDERED.

Dated: January 13, 2021
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge