UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SHAEL CRUZ, *on behalf of himself and all others* : 
*similarly situated*, :
:
                       Plaintiff, :      20-CV-9938 (JMF)
:
     -v- :      ORDER
:
EMBRACE PET INSURANCE AGENCY, LLC, :
:
                      Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 13, 2021 Order, ECF No. 11, the parties were required to file a joint letter, the contents of which are described therein, no later than three business days after Defendant filed an answer or otherwise responded to the Complaint. Defendant filed an answer on February 16, 2021. ECF No. 12. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **March 1, 2021**.

      SO ORDERED.

Dated: February 22, 2021
      New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge